# IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN GOLDMAN,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 79330

FILED

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on March 19, 2019. Appellant did not file the notice of appeal, however, until July 30, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-35369

cc: Hon. Joseph Hardy, Jr., District Judge
Jonathan Goldman
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk